UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**BALDWIN REALTY GROUP INC.,**

  **Plaintiff,**

v.               **Case No: 6:18-cv-785-Orl-41DCI**

**SCOTTSDALE INSURANCE COMPANY,**

  **Defendant.**
_____/

**ORDER**

  THIS CAUSE is before the Court on Defendant's Motion to Compel Appraisal and to Stay Litigation, and to Delineate and Itemize Appraisal Award (Doc. 15). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 34), recommending that the Motion be granted.

  After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 34) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant's Motion to Compel Appraisal and to Stay Litigation, and to Delineate and Itemize Appraisal Award (Doc. 15) is **GRANTED**.

3. This Case is **STAYED** pending appraisal.

4. The parties are directed to immediately obtain an appraisal in the manner prescribed by the Policy.

5. On or before January 17, 2018, and every ninety days thereafter, the parties shall file a joint report as to the status of the appraisal process. Additionally, the parties shall notify this Court **within fourteen days** of the competition of the appraisal process.

6. The Clerk is directed to administratively close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 22, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record